IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: : | Chapter 11 |
| NORTHWESTERN CORPORATION, : | Case No. 03-12872 (JLP) |
| Reorganized Debtor. : | |

## NORTHWESTERN CORPORATION'S NOTICE OF APPEAL

PLEASE TAKE NOTICE that NorthWestern Corporation ("NorthWestern"), hereby appeals under 28 U.S.C. § 158(a) from the Order with Respect to Arbitration of Richard Hylland's Claims Against NorthWestern Corporation [Docket No. 3050].

The names of the parties to the orders appealed from and the names, addresses and telephone numbers of their respective attorneys are as follows:

### Attorneys for Richard R. Hylland

Patrick R. Martin, Esq.
Barbara Jean D'Aquila, Esq.
Cynthia Ann Bremer, Esq.
Flynn Gaskins & Bennett LLP
333 South 7th Street, Suite 2900
Minneapolis, MN 55402

John D. Demmy, Esq.
Stevens & Lee P.C.
1105 North Market Street
Seventh Floor
Wilmington, DE 19801
Telephone: 302-425-3308

### Attorneys for the Plan Committee

Alan W. Kornberg, Esq.
Paul Weiss Rifkin Wharton & Garrison
1285 Avenue of the Americas
New York, NY 10019
Telephone: 212-373-3000

Neil B. Glassman, Esq.
Charlene D. Davis, Esq.
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
Telephone: 302-429-4224

ATL/1107954.2

**Attorneys for the Ad Hoc Committee of Class 7 Debtholders**

Philip Bentley, Esq.
Matthew Williams, Esq.
Kramer Levin Naftalis & Frankel
919 Third Avenue
New York, NY 10022
Telephone: 212-715-9505

Adam G. Landis, Esq.
Landis, Rath & Cobb, LLP
919 Market Street, Suite 600
Wilmington, DE 19801
Telephone: 302-467-4416

**United States Trustee**

Mark Kenney, Esq.
844 King Street
Suite 2313, Lockbox 35
Wilmington, DE 19801
Telephone: 303-573-6491

Dated: Wilmington, Delaware
       May 13, 2005

Respectfully submitted,

PAUL, HASTINGS, JANOFSKY & WALKER LLP
600 Peachtree Street
Suite 2400
Atlanta, GA 30308
Jesse H. Austin, III
Karol K. Denniston
Telephone: (404) 815-2400

and

GREENBERG TRAURIG, LLP

_____
Scott D. Cousins (No. 3079)
Victoria Watson Counihan (No. 3488)
William E. Chipman, Jr. (No. 3818)
The Brandywine Building
1000 West Street, Suite 1540
Wilmington, DE 19801
Telephone: (302) 661-7000

*Co-Counsel for NorthWestern Corporation*

ATL/1107954.2