**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NORTHWESTERN CORPORATION, | ) | Case No. 03-12872 (JLP) |
| | ) | |
| Reorganized Debtor. | ) | |
| | ) | |

**ORDER WITH RESPECT TO ARBITRATION OF RICHARD**
**HYLLAND'S CLAIMS AGAINST NORTHWESTERN CORPORATION**

For the reasons set forth in the Court's Memorandum Opinion of this date, it is

**ORDERED**, that the Motion to Terminate Richard Hylland's benefits [Docket No. 2598], Hylland's objection thereto [Docket No. 2598], and Hylland's cross-motion [Docket No. 2937], are hereby **TRANSFERRED** to the pending arbitration proceeding for resolution of all issues.

Dated: May 5, 2005

_____
Honorable John L. Peterson
United States Bankruptcy Judge