**TRANSMITTAL SHEET FOR APPEAL SUBMITTED TO U.S. DISTRICT COURT**

Case Number: **03-12872**
Deputy Clerk Transferring Case: Lisa M. Ciconte (302) 252-2545
Case Type: Appeal **- AP-05-35, Cross Appeal AP-05-41**

**Order, Date Entered and Issues**
Order With Respect to Arbitration of Richard Hylland's Claims Against Northwestern Corporation. (related document(s)2598, 2937, 3049 ) Order Signed on 5/5/2005.

| | |
|---|---|
| **Debtor:** | NorthWestern Corporation |
| **Counsel:** | **William E. Chipman, Jr.** |
| | Greenberg Traurig, LLP |
| | 1000 West Street |
| | Suite 1540 |
| | Wilmington, DE 19801 |
| **Telephone:** | **(302) 661-7000** |

| | |
|---|---|
| **Appellant(s):** | NorthWestern Corporation |
| **Counsel:** | **William E. Chipman, Jr.** |
| | Greenberg Traurig, LLP |
| | 1000 West Street, Suite 1540 |
| | Wilmington, DE 19801 |
| **Telephone:** | **(302) 661-7000** |

| | |
|---|---|
| **Appellee(s):** | Richard R. Hylland |
| **Counsel:** | **John D. Demmy** |
| | Stevens & Lee P.C. |
| | 1105 North Market Street, 7th Floor |
| | Wilmington, DE 19801 |
| **Telephone:** | **(302) 425-3308** |