IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NORTHWESTERN CORPORATION,<br><br>          Reorganized Debtor. | Case No. 03-12872 (JLP) |
| NORTHWESTERN CORPORATION,<br><br>          Appellant,<br><br>v.<br><br>RICHARD R. HYLLAND,<br><br>          Appellee. | Civil Action No. 05-00397-JJF |
| RICHARD R. HYLLAND,<br><br>          Appellant,<br><br>v.<br><br>NORTHWESTERN CORPORATION,<br><br>          Appellee. | Civil Action No. 05-00401-JJF |

## STIPULATION OF DISMISSAL

NorthWestern Corporation, ("NorthWestern") and Richard R. Hylland ("Hylland"), hereby stipulate and agree, by and through their respective attorneys, that the above-captioned actions be and hereby are dismissed with prejudice without costs or attorneys' fees to either party.

[Signatures on Next Page]

| | |
|---|---|
| Dated: December 15, 2005<br><br>*[signature]*<br><br>GREENBERG TRAURIG, LLP<br>Victoria Watson Counihan (No. 3488)<br>William E. Chipman, Jr. (No. 3818)<br>Dennis A. Meloro (No. 4435)<br>1007 North Orange Street, Suite 1200<br>Wilmington, DE 19801<br>(302) 661-7000<br><br>-and-<br><br>PAUL, HASTINGS, JANOFSKY & WALKER LLP<br>Jesse H. Austin, III<br>Karol K. Denniston<br>600 Peachtree Street, Suite 2400<br>Atlanta, GA 30308<br>(404) 815-2400<br><br>Attorneys for NorthWestern Corporation | Dated: December 16, 2005<br><br>*[signature]*<br><br>STEVENS & LEE, P.C.<br>John D. Demmy (No.<br>1105 North Market Street, 7th Floor<br>Wilmington, DE 19801<br>(302) 654-5180<br><br><br>Attorneys for Richard R. Hylland |